**William T. McGHEE, Plaintiff–Appellant,**

v.

**Robert HURLEY, Defendant–Appellee.**

No. 01–6953.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

William T. McGhee, pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

William T. McGhee, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *McGhee v. Hurley,* No. CA–01–186–5–H (E.D.N.C. Apr. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

---

and the applicable rule provides that such motion must be filed prior to trial. Fed. R.Crim.P. 12(b).

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Anthony Allen Phillips seeks to appeal the district court's order denying his motion seeking relief from the judgment denying his 28 U .S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Phillips,* No. CR–95–4 (D. Md. filed Apr. 30, 2001; entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*